STATE OF NEBRASKA, APPELLEE, v. LEONARD LEO FRANKLIN, APPELLANT.

190 N. W. 2d 780

Filed October 22, 1971. No. 37990.

Larry W. Myers, for appellant.

Clarence A. H. Meyer, Attorney General, and Harold Mosher, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, and NEWTON, JJ.

NEWTON, J.

This is an action for post conviction review of a conviction for robbery. Appellant contends that in-court identification evidence was wrongfully admitted due to previous allegedly illegal line-up procedures. We affirm the judgment of the district court sustaining appellant's conviction.

The conviction of appellant was affirmed on appeal to this court. On that appeal the identical issues now relied upon were presented and determined adversely to

appellant. See State v. Franklin, 185 Neb. 62, 173 N. W. 2d 393.

A defendant who has appealed his conviction cannot secure a second review of the identical propositions advanced in such appeal by resort to a post conviction procedure. See, State v. Parker, 180 Neb. 707, 144 N. W. 2d 525; State v. Newman, 181 Neb. 588, 150 N. W. 2d 113.

The judgment of the district court is affirmed.

AFFIRMED.

CLINTON, J., participating on briefs.